UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JULIAN SMITH,
    PLAINTIFF,

v.

CASE NO.:
4:18-CV-25-ALM

REALPAGE, INC.,
    DEFENDANT.

## NOTICE OF SETTLEMENT

Plaintiff Julian Smith ("Plaintiff") hereby notifies the court that Plaintiff and Defendant RealPage, Inc. have reached a settlement in principal and are in the process of consummating the terms of the settlement agreement. Plaintiff expects to file a dismissal with prejudice for the above-named defendant on or before Friday, November 30, 2018.

The settlement moots the necessity of the Settlement Conference currently scheduled for November 2, 2018, at 10:00 A.M., before Magistrate Judge Christine A. Nowak.

Respectfully submitted,

*/s/ Micah S. Adkins*
Micah S. Adkins
TX Bar No. 24088777
**THE ADKINS FIRM, P.C.**
1025 Westhaven Blvd., Suite 220
Franklin, Tennessee 37064
T: (615) 370.6759
F: (615) 370.4099
E: MicahAdkins@ItsYourCreditReport.com
*Counsel for Plaintiff Julian Smith*

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2018, I filed the foregoing paper using the CMECF System, which will electronically serve notification of same on the following counsel of record:

| Ronald I. Raether | Virginia Bell Flynn |
|---|---|
| Troutman Sanders LLP | Troutman Sanders LLP |
| 5 Park Plaza | 4320 Fairfax Avenue |
| Suite 1400 | Dallas, Texas 75205 |
| Irvine, California 92614 | |

*s/ Micah S. Adkins*
Micah S. Adkins